1  McGREGOR W. SCOTT
   United States Attorney
2  RICHARD J. BENDER
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, California 95814
4  Telephone: (916) 554-2731

5

6              IN THE UNITED STATES DISTRICT COURT

7          FOR THE EASTERN DISTRICT OF CALIFORNIA

8

9  UNITED STATES OF AMERICA,          )     CASE NO. 2:05- MJ - 0089 KJM
                                      )
10              Plaintiff,            )
                                      )     STIPULATION TO CONTINUING DATE
11        v.                          )     OF PRELIMINARY HEARING;
                                      )     ORDER
12  FREDERICO PIZANO,                 )
                                      )
13              Defendant.            )
                                      )
   ───────────────────────────────────

14

15       IT IS HEREBY STIPULATED between the parties through their respective counsel, that the

16  date of the preliminary hearing in this case be continued from April 27, 2005 to April 28, 2005, at

17  2:00 p.m.  The government has requested the additional day to accommodate the schedule of the

18  grand jury and the availability of a witness needed to testify before the grand jury.  Defense counsel,

19  Linda Harter, Esq., has no objection to the request and has authorized government counsel to sign this

20  stipulation on her behalf..  The defendant was recently released from custody to the Effort Treatment

21  Center and the parties are engaged in ongoing discussions to resolve the matter.

22       The parties further agree that, pursuant to F.R.Crim.P. 5.1(d), good cause exists to continue

23  the preliminary hearing to the new date and that time be excluded from the calculation of the 30 day

24  time limits imposed by the Speedy Trial Act [18 U.S.C. § 3161(b)], pursuant to the exception

25  contained in Sections 3161(8)(A) and 3161(B)(iii) (delay needed because of unavailability of grand

26  jury witness and the need for additional time to investigate possible settlement of the case

27  preindictment).

28

                                      1

1  STIPULATION CONTINUING DATE
   OF PRELIMINARY HEARING; ORDER

2

3

4  Dated: April 25, 2005

                                McGREGOR W. SCOTT
5                               U.S. Attorney

6
                                by          /s/
7                                      RICHARD J. BENDER
                                       Assistant U.S. Attorney
8

9  Dated:  April 25, 2005

10

11                                          /s/
                                       LINDA HARTER
12                                Attorney for Frederico Pizano

13

14

15  IT IS SO ORDERED,

16  this ___25ᵗʰ___ day of April, 2005

17                               _____
                                    U.S. MAGISTRATE JUDGE
18

19

20

21

22

23

24

25

26

27

28